On petition for review filed October 9,* denial of petition for review vacated; petition for review allowed; decision of the Court of Appeals vacated, and case remanded to the Court of Appeals for further consideration December 21, 1995

## STATE OF OREGON,
*Respondent on Review,*

*v.*

## ROBERT MANN,
aka Robert Fernandez,
*Petitioner on Review.*

### (CC 94040705; CA A86074; SC S42673)
907 P2d 246

———

Robert Mann, aka Robert Fernandez, *pro se,* filed the petition for review.

No appearance *contra.*

### MEMORANDUM OPINION

On its own motion, the Supreme Court reconsidered its denial of the petition for review. The order of denial of review is vacated. Upon reconsideration, the petition for review is allowed. The decision of the Court of Appeals summarily affirming petitioner's convictions is vacated. The case is remanded to the Court of Appeals for further consideration. *See* Or Laws 1995, ch 295 (effective September 9, 1995) (granting authority to Chief Judge of Court of Appeals to affirm summarily cases in which a motion for summary affirmance is unopposed).

---

* Appeal from Linn County Circuit Court, James C. Goode, Judge. Court of Appeals' Order of Summary Affirmance dated August 18, 1995.